IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEROY DICKER,** | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| vs. | : | NO. 10-5240 |
| | : | |
| **SUPERINTENDENT GLUNT, et al.,** | : | |
| Respondents | : | |

## O R D E R

**AND NOW**, this   31st   day of August, 2011, upon careful and independent consideration of the petition for writ of *habeas corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, there being no objections[1] thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of *habeas corpus* is DENIED; and

3. There is no basis for the issuance of a certificate of appealability.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


   /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] On June 21, 2011, I granted the petitioner's request for an extension to file objections.  See Document #12.  The objections were then due on or before July 11, 2011.  The petitioner has yet to file objections or request a second extension.  Accordingly, I will approve and adopt the Report and Recommendation.